USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 1 5 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CONAIR CORPORATION,

       Plaintiff,

  -v-

JARDEN CORPORATION and SUNBEAM
PRODUCTS, INC. d/b/a JARDEN CONSUMER
SOLUTIONS,

       Defendants.
-------------------------------------------------------------------X

13-cv-6702 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  The final paragraph of the Court's August 12, 2014 opinion denying Jarden's motion to dismiss (Dkt. No. 26) mistakenly contained conflicting dates for the initial pretrial conference in this matter. To clarify, the conference is set for October 3, 2014, at 10:30 AM.

  SO ORDERED.

Dated: August 15, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1