USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 7 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CONAIR CORPORATION,

          Plaintiff,

v.

JARDEN CORPORATION, and
SUNBEAM PRODUCTS, INC. D/B/A JARDEN
CONSUMER SOLUTIONS

          Defendants.

------------------------------------------------------------x

Case No. 1:13-cv-06702 (AJN)

**STIPULATION AND ORDER OF DISMISSAL**

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Conair Corp. ("Conair") and Defendants Jarden Corp. and Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions (collectively, "Jarden"), by and through their undersigned attorneys, stipulate that the Amended Complaint filed by Conair against Jarden be dismissed with prejudice, subject to the Settlement and License Agreement between the parties dated October 24, 2014.

Both parties shall bear their own costs, expenses and attorneys' fees.

This Court shall retain continuing jurisdiction over the parties and the subject matter to enforce the aforesaid Settlement and License Agreement.

Dated: October 24, 2014

Catherine Nyarady
cnyarady@paulweiss.com
Josephine Young
jyoung@paulweiss.com
**PAUL, WEISS, RIFKIND,**
   **WHARTON, & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Phone:   (212) 373-3716
Facsimile: (212) 492-0716

*Attorneys for Plaintiff Conair Corporation*

Paul H. Kochanski
PKochanski@ldlkm.com
Robert B. Hander
RHander@ldlkm.com
**LERNER DAVID LITTENBERG**
   **KRUMHOLZ & MENTLIK LLP**
600 South Avenue West
Westfield, NJ 07090-1497
Phone:   (908) 654-5000
Facsimile: (908) 654-7866

*Attorneys for Defendants Jarden Corporation
and Sunbeam Products, Inc. d/b/a Jarden
Consumer Solutions*

**SO ORDERED.**

Dated: 10/24/14
New York, New York

JUDGE ALISON J. NATHAN
United States District Judge

2